E-FILED
Tuesday, 21 January, 2025  01:04:16 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| KATHERINE BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Case No. 4:23-cv-04184-MMM |
| | ) |
| | ) |
| STATE FARM MUTUAL AUTOMOBILE | ) |
| INSURANCE COMPANY,, | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

The parties having filed their Stipulation of Dismissal, the Court acknowledges that the effect of the Stipulation under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) is to dismiss this case in its entirety, with prejudice, with each party to pay its own costs, expenses and attorneys' fees.

Accordingly, this case is **DISMISSED, WITH PREJUDICE**.

Entered on January 21, 2025.

/s/ *Michael M. Mihm*
Michael M. Mihm
United States District Judge